## DALE LYNN CALDWELL
4059 N Pennsylvania
Indianapolis, IN  46205

09/8/17

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Re:    Consumer Name:    Dale Lynn Caldwell
        SSN:
        My Date of Birth:
        Credit Report No./OR Date of Credit Report: 378408568 dated 08/27/17
        Date of Bankruptcy Filing: 04/17/12
        Date of Discharge: 06/13/17
        Case Number:  12-4359-RLM-13 (Southern District of Indiana)

To Whom It May Concern:

Your company provided me with a consumer credit report with the above number. I reviewed my credit report as published by your company. I have identified several derogatory items which are being misreported and that are harming my credit rating. Please immediately review the following incorrect account information, make the requested corrections, and then **send me a copy of the corrected consumer credit report including the pay history for each entry.** Please also ensure that any and all attachments are forwarded to the furnisher:

**Incorrect furnisher account information**

1) **Furnisher Name/Address**: Nationstar Mortgage, LLC, 8950 Cypress Waters Blvd, Dallas, TX 75063
    **Furnisher Acct. No.**: 59678\*\*\*\*
    Q-2

    **The following Account information listed on my credit report is incorrect:**

**This account is a duplicate of the below account # 2 due to acquisition. Please delete this trade line as the duplicate reporting is harming my credit.** There are also mistakes on this trade line. The account history is showing delinquency during the bankruptcy.  The Chapter 13 Plan indicates the Trustee was to pay the account current and make regular payments during the plan life. With both the duplication of this trade line due to acquisition and the misreporting this trade line is harming my credit.

If you do not delete this trade line from my credit report, as I have requested, please include in my credit report the foregoing language (less than a 100 word statement) or language to its effect stating that I dispute the information contained therein. Please also ensure that any and all attachments are forwarded to the furnisher.

**EXHIBIT C**

2) **Furnisher Name/Address:** Rushmore Loan MGMT Services, 15480 Laguna Canyon
   Rd. Irvine, CA  92618
   **Furnisher Acct. No.:** 102760004...
   **Q-2**

   **The following Account information listed on my credit report is incorrect:**

Although this account was included in my Chapter 13 Bankruptcy, the credit report is
showing closed, however,  it should be showing open, with a current balance, payment
amount and payment history since the discharge. This debt was NOT discharged in the
bankruptcy.

If you do not correct this trade line ( **DO NOT DELETE**) from my credit report, as I have
requested, please include in my credit report the foregoing language (less than a 100 word
statement) or language to its effect stating that I dispute the information contained therein.
Please also ensure that any and all attachments are forwarded to the furnisher.

3) **Furnisher Name/Address:** Select Portfolio SVCG, 10401 Deerwood Park BV,
   Jacksonville, FL  32256
   **Furnisher Acct. No.:** 277001692****
   **Q-3**

   **The following Account information listed on my credit report is incorrect:**

This account is a duplicate of # 2 above due to acquisition.  The duplicate reporting is
harming my credit.  Please **delete** this from my credit report

If you do not delete this trade line from my credit report,  as I have requested, please include
in my credit report the foregoing language (less than a 100 word statement) or language to its
effect stating that I dispute the information contained therein. Please also ensure that any and
all attachments are forwarded to the furnisher.

4) **Furnisher Name/Address:** Springleaf formerly AGF, 601 NW Second St., Evansville, IN 47708
**Furnisher Acct. No.:** 1002260800087***
**Q-4**

**The following Account information listed on my credit report is incorrect:**

This account is a duplicate of # 2 above due to acquisition.  The duplicate reporting is harming my credit.  Please **delete** this from my credit report

If you do not delete this trade line from my credit report,  as I have requested, please include in my credit report the foregoing language (less than a 100 word statement) or language to its effect stating that I dispute the information contained therein. Please also ensure that any and all attachments are forwarded to the furnisher.

Thank you and I look forward to your immediate reply.

Sincerely,

Dale Lynn Caldwell