\*\*\* 378408568-010 \*\*\*
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

10/11/2017



P7HQ2L00204650-1035317-041391740

DALE L. CALDWELL
4059 N PENNSYLVANIA ST
INDIANAPOLIS, IN 46205-5608

Our investigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

Please follow the 'How to read your results' section on the next page to help guide you in understanding the results of our investigation. If our investigation has not resolved your dispute, you have several options:

- You may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.
- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.
- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.transunion.com/dispute and indicating you are filing a repeat dispute. You will be prompted to add additional information you feel is relevant to your dispute as well as upload supporting documentation.
- You may file a complaint about TransUnion, or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a more detailed description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

**EXHIBIT D**

P 7HQ2L-002 04650-1035317 01/08

P 7HQ2L-002 04660-103531B 02/08

## How to read your results

The results of our investigation of your dispute consists of two sections: 1) the Investigation Results Summary which appears below, and 2) the attached view of how the disputed item(s) that remain on your credit report now appear(s). If an item you disputed is not listed, it means that the item was not appearing in your credit report or it already reflected the requested status at the time of our investigation. Items deleted from your credit report will not appear in the attached credit report detail and if no credit report detail is attached following the Investigation Results summary, you may view a free full copy of your credit report by visiting www.transunion.com/fullreport.

The following key provides you a more complete description of our investigation results of the items you disputed:

**DELETED:** The disputed item was removed from your credit report.

**DISPUTE NOT SPECIFIC; VERIFIED AND UPDATED:** The item was verified as belonging to you and other account information has changed or the item was updated to reflect recent activity.

**DISPUTED INFORMATION UPDATED:** A change was made to the item based on your dispute.

**DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item based on your dispute and other information unrelated to your dispute has changed.

**INFORMATION DELETED:** The item was removed from your credit report.

**INFORMATION UPDATED:** A change was made to the item.

**NO UPDATE NECESSARY:** The disputed information already reflects the requested status.

**REINSERTED:** This previously deleted item has now been verified; therefore, it has been reinserted into your credit report.

**VERIFIED AS ACCURATE:** The disputed information was verified as accurate and no change was made to the item.

**VERIFIED AS ACCURATE AND UPDATED:** The disputed information was verified as accurate; however, other information has changed and/or the item was updated to reflect recent activity.

## Investigation Results Summary

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| NATIONSTAR MORTGAGE LLC<br>8950 CYPRESS WATERS BLVD<br>DALLAS, TX 75063<br>(888) 480-2432 | # 59678**** | DELETED |
| SELECT PORTFOLIO SVCG<br>10401 DEERWOOD PARK BV<br>JACKSONVILLE, FL 32256<br>(800) 258-8602 | # 277001692**** | DISPUTE NOT SPECIFIC; VERIFIED AND UPDATED |
| SPRINGLEAF FORMERLY AGF<br>601 NW 2ND ST<br>EVANSVILLE, IN 47708<br>(800) 345-0187 | # 100226080008**** | DELETED |

# TransUnion Personal Credit Score

DALE L. CALDWELL



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>--<br>Created on<br>10/11/2017 | Unavailable<br>(See Below)<br><br>990<br>900<br>800<br>700<br>600<br>501 | Unavailable<br>(See Below)<br><br>100%<br>50%<br>0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information Concerning Your TransUnion Credit Report

- For your protection, your account numbers have been partially masked, and in some cases scrambled.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse Information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< or shading to those items in this report.



| File Number: | 3784408568 |
|---|---|
| Date Issued: | 10/11/2017 |

Page: 1 of 1

### Account Information

You understand some of the account information that could be reported...

Rating Key
Some creditors report the timelines of your payments each month in relation to your agreement, with items such as the rules outlined in the key below describing the payments that may be reported by your creditors. Anything that is shaded adverse. Please note some but not all of these ratings may be present in your credit report.

| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |

### Adverse Accounts

**SELECT PORTFOLIO SVCG #277001692****** ( 10401 DEERWOOD PARK BV, JACKSONVILLE, FL 32256, (800) 258-8602 )

| Date Opened: | 10/01/2002 | Loan Type: | CONVENTIONAL REAL ESTATE MTG |
|---|---|---|---|
| Responsibility: | Individual Account | Account Type: | Mortgage Account |
| | | Date Updated: 01/20/2015 | Balance: $0 |
| | | Last Payment Made: 01/15/2015 | High Balance: $204,358 |
| Pay Status: | >Account Included in Bankruptcy< | Terms: | $645 per month, paid Monthly for 360 months |
| | | | Date Closed: 01/20/2015 |

Remarks: >CHAPTER 13 BANKRUPTCY<, TRANSFERRED TO ANOTHER LENDER, TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 03/2019



TransUnion.

P 7HQ2L-002 04650-1035320 04/08