# EQUIFAX

**CREDIT FILE : October 15, 2017**

**Confirmation # 7271060913**

Dear DALE LYNN CALDWELL:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.ai.equifax.com/CreditInvestigation/home.action. You may also mail your documents to PO Box 740256, Atlanta GA 30348 or contact us by calling a Customer Representative at (888) 425-7961 from 9:00 a.m. to 5:00 p.m. Monday - Friday in your time zone.

- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

( Continued On Next Page )

7271060913APPLADM-0026877710-4837-11103-A:

---

000001503 F0ECA10171710284300000 01 000000
0026877710-4837
DALE LYNN CALDWELL
4059 N PENNSYLVANIA ST
INDIANAPOLIS, IN 46205-5608

P.O. Box 105518
Atlanta, GA 30348

**EXHIBIT F**

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

( Continued On Next Page )

# How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "**Verified as Reported**", the reporting company has certified it is reporting accurately.
- If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

## The Results Of Our Reinvestigation

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been hidden, replaced by X (This section includes open and closed accounts reported by credit grantors).*

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

**Nationstar Mortgage** PO Box 199111 Dallas TX 75219-9111

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 59678* | 10/01/2002 | $200,757 | $0 | 30Y | Monthly | 65 | Transfer/Sold | |

| Items As of | Balance Amount | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Pymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported | Past Due | | | | | | | | | | | |
| 10/15/2017 | $0 | 10/2014 | $0 | $0 | 11/2010 | | | $0 | $0 | $0 | | 11/2014 |

**Status** - Over 120 Days Past Due; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Real Estate Mortgage; Conventional Mortgage; Fixed Rate;

| Account History | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| with Status Codes | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |

>>> *We have researched the credit account. Account # - 59678*. The results are: Please be advised that this account is currently reporting as a single entry on the Equifax credit file. We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Nationstar Mortgage, PO Box 199111, Dallas TX 75219-9111**

**Select Portfolio Servicing Inc.** 3815 S West Temple Salt Lake City UT 84115-4412; (800) 258-8602

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 27700169 2* | 10/01/2002 | $0 | $0 | | | 1 | Transfer/Sold | |

| Items As of | Balance Amount | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Pymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Reported | Past Due | | | | | | | | | | | |
| 04/17/2012 | $0 | 04/2012 | $0 | $0 | | 04/2012 | 04/2012 | $0 | | $0 | | |

**Status** - Included in Wage Earner Plan; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Bankruptcy Chapter 13; Account Transferred or Sold; Bankruptcy Completed; Consumer Disputes - Reinvestigation in Process;

>>> *We have researched the credit account. Account # - 277001692*. The results are: Please be advised that this account is currently reporting as a single entry on the Equifax credit file. We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **The Loan Servicing Center, Customer Support Unit, PO Box 551170, Jacksonville FL 32255-1170**

(Continued On Next Page)

727106091 3APPLADM-002687710 - 4837 - 11103 - A:



>>> *We have researched the credit account. Account # - 102760004*. *The results are:* We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Rushmore Loan Management, 7515 IRVINE Center Dr, 949-341-5601, IRVINE CA 92618-2930 Phone: (949) 341-5601*

**Rushmore Loan Management** 7515 Irvine Center Dr 949-341-5601 IRVINE CA 92618-2930 (949) 341-5601

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 102760004* | 10/01/2002 | $0 | | | 24 | | | | | |
| Items As of | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Months Revd | Activity Designator | Creditor Classification |
| Date Reported | | | | | | | | | | | |
| 04/17/2012 | $0 | $0 | 04/2012 | | $0 | | 04/2012 | 04/2012 | | | |
| | | | | | | | | | | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| | | | | | | | | | | $0 | | $0 | | |

Status - Included In Wage Earner Plan; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Bankruptcy Chapter 13; Real Estate Mortgage; Bankruptcy Completed; Consumer Disputes - Reinvestigation In Process;

>>> *We have researched the credit account. Account # - 1002260800087*. *The results are:* Please be advised that this account is currently reporting as a single entry on the Equifax credit file. We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Morequity #2608, 5010 Carriage Dr, Evansville IN 47715-2570*

**Morequity #2608** 5010 Carriage Dr Evansville IN 47715-2570

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1002260800087* | 10/01/2002 | $203,000 | | 30 Y | | | | | | |
| Items As of | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Months Revd | Activity Designator | Creditor Classification |
| Date Reported | | | | | | | | | | | |
| 10/15/2017 | $0 | $0 | 10/2014 | $0 | $0 | | 07/2010 | $0 | 92 | Transfer/Sold | |
| | | | | | | | | | | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| | | | | | | | | | | $0 | | $0 | | 10/2014 |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Closed or Paid Account/Zero Balance; Real Estate Mortgage; Conventional Mortgage;

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( End Of Report )